# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 7955682 | SCHULTZ | 6175 |

Location Code: MF15

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☒ USC  ☐ State Code |
|---|---|
| 04/29/2021 1103 | 21 USC 844 |

Place of Offense: Tanker Way Gate, MacDill AFB 33621

Offense Description: Simple possession

### DEFENDANT INFORMATION

Last Name: Ward
First Name: Robert
MI: A

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS/COM |
|---|---|---|---|---|
| IU5 SPF | FL | | Ford F150 / White | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature] Robert Ward

Original - CVB Copy

CVB SCAN 05/20/2021 15:32

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____.

[blank lines]

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/20/2021 15:32

CVB SCAN 05/20/2021 15:32

## STATEMENT OF PROBABLE CAUSE

Department of the Air Force  
6th Security Forces Squadron  
MacDill AFB Police

Location: MF15  
2505 SOCOM Memorial Way  
MacDill AFB, FL 33621

| **Citation:** 7955682 | **Case No:** 29APR21-FF006-00100-11XAF |
|---|---|

On 29 Apr 21, investigation by Investigator Schultz substantiated that Mr. Robert A. WARD, a civilian employed by Architectural Sheet Metal to conduct installation of siding on MacDill AFB, was in possession of marijuana, a Schedule I controlled substance, while on the installation. This is based on a search of WARD's company owned vehicle which resulted in the finding and seizure of the marijuana. Mr. WARD admitted that the bag containing the marijuana was his, though he did not confess to owning the marijuana itself. WARD was cited via USDCVN#7955682 under 21 USC 844 for Possession of a Controlled Substance. WARD acknowledged and signed his citation and was released.

The foregoing statement is based upon information from my personal observation and personal investigation.

I declare under penalty of perjury, that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 29 Apr 2021

Michael C. Schultz, TSgt, USAF  
Security Forces Investigator