UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CITATION NO. 7955682

ROBERT WARD

### GOVERNMENT'S MOTION TO DISMISS

Pursuant to Rule 48(a) and Rule 58(a)(2) of the Federal Rules of Criminal Procedure as and by leave of the Court endorsed herein, the United States Attorney for the Middle District of Florida hereby moves to dismiss without prejudice the above referenced citation.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
ANDREW C. MCCAFFREY
Special Assistant United States Attorney
MacDill AFB FL 33621

### ORDER

Leave of Court is GRANTED for the dismissal of the above captioned matter without prejudice.

DONE and ORDERED at Tampa, Florida, this 19 day of January 2022.

*[signature]*
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE